UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

NAME:  RENEE A. HOLDER

ADDRESS:  13212 NASSAU DRIVE

DALE CITY, VA (WOODBRIDGE)

22193

Case: 1:20-cv-03786
Assigned To : Unassigned
Assign. Date : 12/21/2020
Description: Employ. Discrim. (H-DECK)

TELEPHONE NO.  1 (703) 577-3125   (CELL PHONE)

TELEPHONE NO. 2  (703) 590-3159   (HOME PHONE)

VS.

FEDERAL BUREAU OF INVESTIGATION (HEADQUARTERS)

ATTENTION:  FBI DIRECTOR, CHRISTOPHER WRAY

DEPARTMENT OF JUSTICE

ATTENTION:  ATTORNEY GENERAL WILLIAM P. BARR

FEDERAL BUREAU OF INVESTIGATION

J. EDGAR HOOVER BUILDING

935 PENNSYLVANIA AVENUE – 9TH/10TH STREET

NW WASHINGTON DC – 20535

## COMPLAINT

PLEASE REVIEW THE FACTS OF MY EEOC CASE

RE:   REQUEST  # 2020002765

APPEAL #  2019002787

AGENCY #  FBI201700272,  DOCKET #  2019002787.



RECEIVED
Mail Room

DEC 21 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

I RESPECTFULLY REQUEST A THOROUGH REVIEW OF MY CASE FROM THE DISTRICT COURT FOR THE FOLLOWING REASONS:

EXHIBIT A –  REFER TO WEB TA LEAVE CHART

FACT:  MY LEAVE CHART REFLECTS ANNUAL LEAVE WAS APPROVED ON DECEMBER 1, 2016 IN WEB TA BY SUPERVISORY TECHNICAL INFORMATION SPECIALIST, TANYA BRYANT AND HER IMMEDIATE SUPERVISOR (ACTING UNIT CHIEF), DOUGLAS KNIGHT.  ALTHOUGH THE CTD EXECUTIVE MANAGEMENT WAS FULLY AWARE I HAD A PERSONAL MATTER INVOLVING TO SETTLE MY PARENTS ESTATE WITH TWO SIBLINGS WHO WERE PART (1/3 OWNER.)

MY SUPERVISOR, SA DAN HORAN ADVISED ME THAT THE UNIT CHIEF PREFERRED TO APPROVE A/L FOR ONE WEEK.  THE CTD MANAGEMENT WAS FULLY AWARE THAT I WAS IN THE MIDDLE OF SETTLING MY PARENTS ESTATE.  IT WAS IMPERATIVE TO SETTLE THE ESTATE DUE TO THE FACT THAT THE WILL INCLUDED THE FOLLOWONG THREE SIBLINGS:   RENEE A. HOLDER, (VIRGINIA), BRYANT K. HOLDER (TEXAS) AND ROXANN OAKMAN (FLORIDA).  FURTHERMORE, IT SHOULD BE NOTED THAT MY TWO SIBLINGS RESIDE IN TEXAS AND FLORIDA.  I COULD NOT PHYSICALLY BE PRESENT @ IN TWO PLACES AT THE SAME TIME. FBIHQ / LAW OFFICES (STEPHEN M. FARMER) LOCATED IN OCCOQUAN AND MARK KELLOGG, LOCATED IN SPRINGFIELD, VIRGINIA.

SPECIAL AGENT DAN HORAN OUT PROCESSED ME WITH AN INVOLUNTARY RETIREMENT CODE VS. A REGULAR (NORMAL) RETIREMENT.   PLEASE NOTE THAT FBIHQ OFFERED A VOLUNTARY EARLY RETIREMENT IN 2014 (VERA).   I ATTENDED A PRO FEDS RETIREMENT SEMINAR, MARCH 16, 2014 @ THE RONALD REAGAN BUILDING, NW WASHINGTON DC.   I WAS ADVISED BY PROFEDS VS. FBIHQ THAT I WAS APPROVED BY OPM TO TAKE THE VERA.  I ADVISED THE COUNTERTERRORISM DIVISION (CTD)  EXECUTIVE MANAGEMENT OFFICE THAT I HAD NO INTENTIONS TO TAKE THE VOLUNTARY EARLY BUYOUT (VERA). CONVERSELY, MY GOAL WAS TO CONTINUE TO WORK THE FBI.GOV TIPLINE UNTIL THE UNIT TRANSFERRED TO THE CRIMINAL JUSTICE SERVICES DIVISION (CJIS), CLARKSBURG, WEST VIRGINIA, JUNE 1, 2016.  THE CTD EXECUTIVE MANAGEMENT WAS FULLY AWARE THAT I WAS NOT QUALIFIED FOR THE RE-ASSIGNMENT IN THE TDCC UNIT.  I CONSIDER MY CASE A CONSTRUCTIVE DISCHARGE DUE TO THE FACT

THAT THE CTD MANAGEMENT INTENTIONALLY PROGRAMMED ME TO FAIL. I HAD NOT PRIOR EXECUTIVE SECRETARY EXPERIENCE.

I WAS ADVISED BY ACTING SECTION CHIEF, BRIAN DUCHENE THAT MY WORK HOURS 8:30 AM – 5:00 PM WERE CHANGED DUE AS PART OF A PERFORMANCE IMPROVEMENT PLAN. (PIP) I MET WITH A/SC DUCHENE TO ADVISE HIM I HAD A TWO HOUR COMMUTE FROM DALE CITY, VIRGINIA TO THE DISTRICT OF COLUMBIA EACH WAY. I PREFERRED TO WORK THE SAME HOURS AS THE SPECIAL AGENTS IN THE TDCC, 9:00 A, - 5:30 PM DUE TO THE FACT THAT ALL FIVE OF THE OTHER TDCC MPLOYEES WERE PERMITTED TO SET THEIR OWN WORK HOURS. I CONSIDER THE TREATMENT THAT I WAS SUBJECTED AS GROSSLY UNFAIR.

I REQUESTED A REASSIGNMENT TO ANOTHER UNIT AFTER SERVING ON THE TDCC TEAM FOR A PERIOD OF ONE YEAR. I WAS NOT GIVEN THE SAME OPPORTUNITIES AS OTHER CTD EMPLOYEES. FBI CTD MANAGEMENT USED THE EXCUSE OF A FUNDED STAFFING LEVEL (FSL) PROBLEM. CONVERSELY, OTHER CTD EMPLOYEES WERE PERMITTED TO SWAP JOBS. I WAS UNDER THE IMPRESSION THAT I WOULD HAVE THE EXACT SAME RIGHTS FOR A JOB ASSIGNMENT SWAP. ALTHOUGH I APPLIED FOR THE TERRORIST SCREENING UNIT, THE CTD MANAGEMENT CONTINUED TO PLACE CONTRACTORS VS. FBI EMPLOYEES IN ALL THE VACANT POSITIONS. ADDITIONALLY, CTD EXECUTIVE MANAGEMENT PROVIDED A ONE WEEK EXCEL TRAINING COURSE FOR MY CO-WORKER, REGINA SCOTT. I WAS NOT PROPERLY TRAINED IN THE TDCC UNIT. THE CTD EXECUTIVE MANAGEMENT ADVISED ME THEY WOULD NO LONGER PROVIDE ANY TRAINING OPPORTUNITIES

FURTHERMORE, I AM REQUESTING COMPENSATION FOR THE LOSS OF A GS-12/STEP 10 WAGES DUE TO THE FACT THAT I WAS PUSHED OUT OF THE FEDERAL GOVERNMENT BY THE COUNTERTERRORISM DIVISION EXECUTIVE MANAGEMENT. MY SALARY WAS REDUCED FROM $100,000 (6,000 PER MONTH TAKE HOME PAY) TO A MERE 54,000, (4,500 PER MONTH PENSION). THEREFORE I REQUEST TO BE COMPENSATED FOR THE LOSS OF PAY AND A REDUCED PENSION DUE TO INVOLUNTARY RETIREMENT. I WAS NOT PERMITTED TO RETIRE ON MY TERMS. NOR DID THE CTD MANAGEMENT ALLOW ME TO RETIRE WITH DIGNITY.

PLEASE REVIEW THE ATTACHED DOCUMENTS.

SINCERELY,

*[signature]*

RENEE A HOLDER



```
RENEE A HOLDER
(703) 577-3125                              1 LBS       1 OF 1
THE UPS STORE #4363                         SHP WT: 1 LBS
4196 MERCHANT PLZ                           DATE: 18 DEC 2020
LAKE RIDGE  VA 22192-5085

SHIP  ANGELA D CAESAR CLERK
TO:   US DISTRICT COURT CLERK S OFFICE
      RM 1225
      333 CONSTITUTION AVE NW

      WASHINGTON  DC 20001-2804

                    MD 201 9-58

UPS GROUND
TRACKING #: 1Z EV0 331 03 0301 2467

BILLING: P/P
```



U.S. Fed court clerks off
333 constitution avenue N
Room # 1225
Washington DC - 20001
Attention: Angela D. Caesar
Clerk

333 CONSTITUTION AVE NW
RM 1225
WASHINGTON DC 20001
P:10    S:BROWN  I:10
T11-MFL
1ZEV0331030301  2467